IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG,<br><br>                Plaintiff,<br><br>   vs.<br><br>Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Martha Maclean Roth IRA; Martha C. Maclean<br><br>                Defendant(s). | Adversary Proceeding<br>Case No. 19-50835 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss
COUNTY OF NEW YORK  )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]     Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.    On October 27, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 26] to be served by first class mail on the following parties: *CT Corp System, R/A, RE: Provident Trust GRP LLC Admin &Cust., 701 S. Carson St. Ste. 200, Carson City, NV 89701* and *Martha C Maclean, 7184 Wiley Circle, Fairview, TN 37062-9227* (Defendant Parties).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
2nd day of November, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelopes used for service in included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"